# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SKYLER LASER, et al., on behalf of themselves and all other similarly situated individuals, | ) ) ) ) | Case No. 2:23-CV-2603 |
| Plaintiffs, | ) ) | Judge James L. Graham |
| v. | ) ) | Magistrate Judge Chelsey M. Vascura |
| RGB, LCC dba UNION CAFÉ, et al., | ) ) | **ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND TO DISMISS ACTION WITH PREJUDICE** |
| Defendant. | ) ) ) ) | |

THIS MATTER came before the Court upon the Parties' Joint Motion to Approve Settlement Agreement. The Court having reviewed the Joint Motion and being fully advised in the premises, hereby ORDERS and ADJUDGES as follows:

1. The Court finds that the settlement agreement between the Plaintiffs and Defendant RGB, LLC dba Union Cafe is a fair and reasonable resolution of a bona fide dispute over the wage claims raised in this case.

2. The Court finds that the award of attorneys' fees and costs in the settlement agreement is reasonable.

3. The Court approves the settlement of this case.

4. All claims against Defendant RGB, LLC dba Union Cafe are DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs.

It is SO ORDERED.

 February 27, 2024_____      *s/ James L. Graham*
Date     UNITED STATES DISTRICT JUDGE
    JAMES L. GRAHAM