AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

SKYLER LASER, et al., on behalf of
themselves and all other similarly
situated individuals,
*Plaintiff*
v.
RGB, LCC dba UNION CAFÉ, et al.,
*Defendant*

)
)
)
)
)

Civil Action No.     2:23-cv-2603

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:   This case is closed. _____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for _____

_____ .

Date: _____ 02/27/2024 _____

*CLERK OF COURT*

s/Denise M. Shane
_____
*Signature of Clerk or Deputy Clerk*